JS-6

CALLAHAN & BLAINE
Daniel J. Callahan, Bar No. 91490
Daniel@callahan-law.com
Edward Susolik, Bar No. 151081
ES@callahan-law.com
3 Hutton Centre Drive
Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
Fax: (714) 241-4445

NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B. Hardin, Bar No. 205071
jhardin@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL TORRES, individually, and on behalf of all others similarly situated, <br><br>  Plaintiff, <br><br> vs. <br><br> NUTRISYSTEM, INC., a Delaware corporation; and DOES 1-10, Inclusive, <br><br>  Defendants. | Case No.  8:12-cv-01854-CJC-JPR <br><br> **~~PROPOSED~~ ORDER OF DISMISSAL** <br><br> Filed: September 18, 2012 <br> Removed: October 24, 2012 |

/ / /

- 1 -

1  The Court, having considered the Stipulation of Voluntary Dismissal pursuant to
2  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties herein, finds
3  that this action should be dismissed with prejudice.
4  DATED: July 3, 2013

_____
The Honorable Cormac J. Carney
United States District Judge